**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| KJH STRATEGIC REALTY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:24-cv-00012 |
| v. | ) | |
| | ) | District Judge Waverly D. Crenshaw, Jr. |
| THE CHEMOURS COMPANY FC, LLC, | ) | Magistrate Judge Barbara D. Holmes |
| et al., | ) | |
| | ) | |
| Defendants. | | |

---

## ORDER DENYING MOTION FOR ENTRY OF DEFAULT

---

Pending is Plaintiff's Request for Entry of Default against Defendant Kenrick Blair. (Doc. No. 62). For the following reasons, the Motion is **DENIED**.

Plaintiff filed an Amended Complaint on January 2, 2025. (Doc. No. 43). On February 10, 2025, Plaintiff filed the pending Request for Entry of Default. (Doc. No. 62). On April 15, 2025, counsel Kendrick Blair entered an appearance. (Doc. No. 73). On April 24, 2025, Blair filed an Answer to the Amended Complaint. (Doc. No. 74).

"Where a defendant appears and indicates a desire to contest an action, a court may exercise its discretion to refuse to enter default . . .. There is a strong public policy, supported by concepts of fundamental fairness, in favor of trial on the merits." *Higgins v. Dankiw*, No. 8:08CV15, 2008 WL 2565110, at *2 (D. Neb. June 24, 2008) (internal citations omitted). By filing an Answer Plaintiff's Amended Complain, Defendant Blair has expressed a clear intent to defend this action. Accordingly, Plaintiff's Request for Entry of Default (Doc. No. 62) is **DENIED**.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court

1